Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHE WATSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., a Delaware corporation d/b/a GM FINANCIAL, and GENERAL MOTORS FINANCIAL CO. INC., a Texas corporation d/b/a GM FINANCIAL,<br><br>*Defendants*. | Case No. 3:14-cv-00476-DMS-BLM<br><br>Honorable Dana M. Sabraw<br><br>Magistrate Judge Barbara Lynn Major<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff Cathe Watson, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her individual claims against Defendants Americredit Financial Services, Inc. d/b/a GM Financial and General Motors Financial Co., Inc. d/b/a GM Financial ("Defendants"), *without prejudice* and the claims of the putative class she sought to represent *without prejudice*. In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed her putative Class Action Complaint against Defendants on March 3, 2014. (Dkt. 1.)

2. Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendants have not served answers or motions for summary judgment in this action.

4. Accordingly, this action may be dismissed *without prejudice* as to Plaintiff's individual claims against Defendants and *without prejudice* as to the claims of the putative class Plaintiff sought to represent, without an Order of the Court.

Respectfully submitted,

**CATHE WATSON**, individually and on behalf of all others similarly situated,

Dated: April 16, 2014

By: /s/ Mark S. Eisen
      One of Plaintiff's Attorneys

Mark S. Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2014, I served the foregoing by causing true and accurate copies of such paper to be filed with the Court's CM/ECF filing system, and by transmitting the same to the parties and counsel identified below by electronic mail.

*Newman v. Americredit Fin. Servs., Inc.*, **No. 3:11-cv-03041-DMS-BLM (S.D. Cal.):**

Abbas Kazerounian
ak@kazlg.com
KAZEROUNIAN LAW GROUP, APC
245 Fischer Ave., Suite D1
Costa Mesa, California 92626

Alexander H. Burke
aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Ave., Suite 9020
Chicago, Illinois 60601

Joshua Swigart
josh@westcoastlitigation.com
Robert L. Hyde
bob@westcoastlitigation.com
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, California 92108

*Counsel for Plaintiff Nicole Newman*

Chad R. Fuller
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130

*Counsel for Defendant Americredit Fin. Servs., Inc.*

                                                       /s/ Mark S. Eisen
                                                       Mark S. Eisen